WORTHE HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, California 92705
Telephone: (714) 285-9600

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

EASTERN DIVISION - RIVERSIDE COURTHOUSE

| | |
|---|---|
| U.S. SPECIALTY INSURANCE CO.,<br><br>  Plaintiff,<br><br>v.<br><br>XL SPECIALITY INSURANCE COMPANY, and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case Number EDCV1100617RGK(OPx)<br>(SBSC Case No. CIVRS 1102127)<br><br>[PROPOSED] JUDGMENT GRANTING MOTION FOR SUMMARY JUDGMENT OF DEFENDANT, AND COUNTER-CLAIMANT XL SPECIALTY INSURANCE COMPANY AGAINST PLAINTIFF U.S. SPECIALTY INSURANCE CO.<br><br>DATE:   May 14, 2012<br>TIME:   9:00 a.m.<br>DEPT:   Courtroom 850<br><br>Complaint Filed: March 16, 2011<br>Trial Date: June 26, 2012 |

Defendant, AND COUNTER-CLAIMANT XL SPECIALTY INSURANCE COMPANY's Motion for Summary Judgment, pursuant to *Federal Rules of Civil Procedure*, Rule 56 came on regularly for hearing in Courtroom 850, before the Honorable R. Gary Klausner on May 14, 2012.

The Court, having considered the Moving Papers, Opposition, and Reply, including any and all exhibits and documentary evidence referenced thereto, as well as oral argument by the parties, grants Judgment in favor of XL SPECIALITY

1 INSURANCE COMPANY. Accordingly, It is hereby Ordered, Decreed and Adjudged
2 that Plaintiff U.S. SPECIALTY INSURANCE CO. take nothing by way of its
3 complaint and that Judgment be entered in favor of XL SPECIALITY INSURANCE
4 COMPANY as the prevailing party.

XL SPECIALITY INSURANCE COMPANY shall recover its costs ~~in the amount of $_____ as per its cost bill~~. by way of application to the Clerk of the Court.

DATED: 05.23.12

/s/ R. Gary Klausner
JUDGE OF THE U.S. DISTRICT COURT

Submitted by:
WORTHE HANSON & WORTHE
JEFFREY A. WORTHE, ESQ.
JOHN R. HANSON, ESQ.
Attorneys for Defendant,
XL SPECIALTY INSURANCE COMPANY

DATED: _____, 2011

**WORTHE HANSON & WORTHE**

By: /S/ - JOHN R. HANSON
JEFFREY A. WORTHE, ESQ.
JOHN R. HANSON, ESQ.
Attorneys for Defendant, XL
SPECIALTY INSURANCE COMPANY

WORTHE HANSON & WORTHE
1851 E. First Street, 9th Floor
Santa Ana, California 92705
Telephone: (714) 285-9600